# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JAMAREE JAMES**, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:25-cv-01833-JPB-CMS |
| **RESURGENT CAPITAL** | ) |
| **SERVICES / LVNV FUNDING LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT RESURGENT CAPITAL SERVICES L.P.

Defendant Resurgent Capital Services L.P. ("Defendant"), incorrectly identified in the Complaint as Resurgent Capital Services / LVNV Funding LLC, by and through undersigned counsel, makes the following disclosure pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3 of the Northern District of Georgia:

1.  The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Defendant:

    a.  Resurgent Capital Services L.P., Defendant;

    Resurgent Capital Services L.P., represents that it is not a publicly held or traded corporation and no publicly held or traded

    corporation owns more than 10% of its stock. Resurgent Capital Services, LP, is a non-governmental limited partnership between Resurgent Holdings, LLC and Alegis Group, LLC, which are both privately-held limited liability companies.

  b. Jamaree James, Plaintiff.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Other than the parties identified in response to Disclosure No. 1 above, the attorneys and their law firms identified in response to Disclosure No. 3 below, and any persons or entities who may be identified by the other parties in their Certificates of Interested Persons, Defendant is not aware of any other persons, associations, firms, partnerships, or corporations that may have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    **a.**    **For Defendant Resurgent Capital Services L.P.:**

    R. Frank Springfield (GA Bar # 316045)
    BURR & FORMAN LLP
    420 North 20th Street, Suite 3400
    Birmingham, AL 35203
    Telephone: (205) 251-3000
    Facsimile: (205) 458-5100
    Email: fspringfield@burr.com

Respectfully submitted this the 8th day of April, 2025.

              */s/ R. Frank Springfield*
              R. Frank Springfield
              Georgia Bar No. 316045
              fspringfield@burr.com
              BURR & FORMAN LLP
              420 North 20th Street, Suite 3400
              Birmingham, AL 35203
              Telephone: (205) 251-3000
              Facsimile: (205) 458-5100

              Attorney for Defendant
              RESURGENT CAPITAL SERVICES L.P.

## **CERTIFICATION OF COUNSEL**

I hereby certify that the foregoing document has been prepared with Times New Roman, 14 point font, in accordance with Local Rule 5.1.

>*/s/ R. Frank Springfield*
>R. Frank Springfield
>Georgia Bar No. 316045
>fspringfield@burr.com

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5345

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such to the following:

NONE

I hereby certify that I mailed by United States Postal Service the document to the following non-CMF/ECF participants:

Jamaree James<br>
670 St. Mark Way<br>
Fairburn, GA 30213<br>
Jamaree.rjames@gmail.com<br>
*Pro se Plaintiff*

*/s/ R. Frank Springfield*
R. Frank Springfield
Georgia Bar No. 316045
fspringfield@burr.com