FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 08 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMAREE JAMES, | Case No.: [To Be Assigned] |
| Plaintiff, | 1:25-cv-1833-JPB |
| RESURGENT CAPITAL SERVICES / LVNV FUNDING LLC, | DECLARATION OF JAMAREE JAMES IN SUPPORT OF MOTION TO REMAND |
| Defendant. | |

## DECLARATION OF JAMAREE JAMES IN SUPPORT OF MOTION TO REMAND

I, Jamaree James, declare under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in this matter, and I submit this declaration in support of my Motion to Remand.

2. On March 7, 2025, I caused the Summons and Complaint to be served upon the Defendant, Resurgent Capital Services / LVNV Funding LLC. A true and correct copy of the Proof of Service is attached to my Motion to Remand as Exhibit A.

3. The Defendant did not file its Notice of Removal until April 7, 2025, which was one day beyond the 30-day removal window required under 28 U.S.C. § 1446(b)(1).

DECLARATION OF JAMAREE JAMES IN SUPPORT OF MOTION TO REMAND - 1

4. I respectfully request that this Court remand the case to the State Court of Fulton County for further proceedings and grant such other relief as the Court deems proper.

Executed this 8TH day of April, 2025 in Fairburn, Georgia.

Respectfully,

/s/ Jamaree James

Jamaree James , Pro Se Plaintiff

Respectfully submitted this 8th day of April, 2025.

/s/ Jamaree James

Plaintiff, Pro Se

75 Washington St., #274   Fairburn, Ga 30213

678-775-9078

jamaree.rjames@gmail.com

Dated: 4/8/2025

**CERTIFICATE OF SERVICE**

**I hereby certify that a true and correct copy of the foregoing Motion to Remand was served upon the following counsel of record by U.S. Mail and/or CM/ECF on this 8th day of April, 2025:**

**R. Frank Springfield**

**BURR & FORMAN LLP**

**420 North 20th Street, Suite 3400**

**Birmingham, AL 35203**

**fspringfield@burr.com**

DECLARATION OF JAMAREE JAMES IN SUPPORT OF MOTION TO REMAND - 2

/s/ Jamaree James

**Jamaree James, Pro Se**

DECLARATION OF JAMAREE JAMES IN SUPPORT OF MOTION TO REMAND - 3