UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 09 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| JAMAREE JAMES, | CASE NO.: 1:25-CV-1833-JPB |
| Plaintiff, | PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO REMAND |
| vs. | |
| RESURGENT CAPITAL SERVICES / LVNV FUNDING LLC | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO REMAND

COMES NOW Plaintiff, JAMAREE JAMES, pro se, and respectfully files this Notice of Withdrawal of the Motion to Remand, originally filed on April 8th, 2025, based on the recognition that under Federal Rule of Civil Procedure 6(a)(1)(C), the thirtieth (30th) day for filing a Notice of Removal—falling on a Sunday—was properly extended to the following Monday, April 7, 2025.

Plaintiff makes this withdrawal not as a concession on the merits of the action, but in full acknowledgment of proper procedural timing and with the intent to now vigorously prosecute his federal claims before this Honorable Court.

PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO REMAND - 1

This withdrawal is made in good faith and without waiver of any substantive rights, claims, or remedies available under state or federal law.

Respectfully submitted,

**/s/ Jamaree James**
Jamaree James, Pro Se
75 Washington St, #274
Fairburn, GA 30213
678-775-9078

PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO REMAND - 2