IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMAREE JAMES,
    Plaintiff,

v.

RESURGENT CAPITAL
SERVICES/LVNV FUNDING, LLC,
    Defendant.

CIVIL ACTION NO.
1:25-cv-1833-JPB-CMS

## ORDER

This case is before the Court on Plaintiff Jamaree James's failure to comply with the Court's May 12, 2025, Order. [Doc. 14].

On May 12, 2025, I entered an Order granting Defendants' motion for more definite statement. [Doc. 14]. I directed James to file a second amended complaint within twenty-one days that provided a more definite statement of his claims and that complied with the directions in my Order. [*Id.* at 12]. I cautioned James that I would recommend that this case be dismissed for failure to obey a Court Order if James did not file his second amended complaint as directed. [*Id.*].

As of the date of this Order, James has not filed a second amended complaint, and the time for doing so has passed. *See generally* [Docket]. James, therefore, has not complied with the May 12, 2025, Order. James is **ORDERED** to show cause in writing within fourteen days after the date of this Order, or by **June 27, 2025**, why

James has failed to comply with the May 12, 2025, Order. If James fails to show cause as directed, I will recommend that this case be dismissed for failure to obey a Court Order. *See* LR 41.3, NDGa.; FED. R. CIV. P. 41(b).

The Clerk is **DIRECTED** to **RE-SUBMIT** this matter to the undersigned after the fourteen-day period expires.

**IT IS SO ORDERED**, this 13th day of June, 2025.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE